**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

**December 19, 2011**

**CASE NUMBER:  CV 11-05438 HRL**
**CASE TITLE:  J&J SPORTS PRODUCTIONS, INC-v-ACUPARO CASTILLO CEBALLOS**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division, the **Honorable Lucy H. Koh** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **LHK** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: December 19, 2011

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies           Special Projects
Log Book Noted                          Entered in Computer


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA