UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | Case No.: 11-CV-05438-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER DENYING MOTION TO |
| ACUPARO CASTILLO CEBALLOS, et al., ) | CONTINUE CASE MANAGEMENT |
| ) | CONFERENCE |
| Defendant. ) | |

Plaintiff J&J Sports Productions, Inc. has filed an ex parte application for an order continuing the case management conference presently set for Wednesday, February 1, 2012 at 2:00 p.m. ECF No. 9. Plaintiff has not shown good cause for a continuance. Accordingly, Plaintiff's request is DENIED and the case management conference on February 1, 2012 remains as set.

**IT IS SO ORDERED.**

Dated: January 25, 2012

_____
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-05438-LHK
ORDER DENYING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE