United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,    ) | Case No.: 11-CV-05438-LHK |
|        Plaintiff,    ) | |
|    v.           ) | ORDER DENYING MOTION TO |
| ACUPARO CASTILLO CEBALLOS, et al.,    ) | CONTINUE CASE MANAGEMENT |
|       Defendant.    ) | CONFERENCE |
|                       ) | |

Plaintiff J&J Sports Productions, Inc. has filed an ex parte application for an order continuing the case management conference presently set for Wednesday, February 1, 2012 at 2:00 p.m. ECF No. 9. Plaintiff has not shown good cause for a continuance. Accordingly, Plaintiff's request is DENIED and the case management conference on February 1, 2012 remains as set.

**IT IS SO ORDERED.**

Dated: January 25, 2012

_____
LUCY H. KOH
United States District Judge